IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

(Name all parties)
SARA HOKIN,

                No.

        Plaintiff,

vs.

HOFFMAN-LAROCHE, INC. and
ROCHE LABORATORIES, INC.,

        Defendants.

## SUMMONS

To each defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file appearance, in the office of the Clerk of this Court (located in the Richard J. Daley Center, Room*   801  , Chicago, Illinois 60602) within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

WITNESS, _____, 20____

Clerk of Court     DOROTHY BROWN
                                 CLERK OF CIRCUIT

(Edward M. Rubin)
Name RUBIN, MACHADO & ROSENBLUM, LTD.    Date of service: _____, 20____
Attorney for Plaintiff                            (To be inserted by officer on copy left with
Address 120 W. Madison St., Suite 400                   defendant or other person)
City   Chicago, IL 60602
Telephone (312) 327-1840
Atty. No. 37704

**Service by Facsimile Transmission will be accepted at (312) 327-1841    (Area Code) (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

*Law Division Room 801
Chancery-Divorce Room 802
County Division Room 801
Probate Division Room 1202

SARA HOKIN          vs.          HOFFMAN-LAROCHE, INC. and
                                 ROCHE LABORATORIES, INC.

## SERVICE LIST FOR SUMMONS

1. **HOFFMAN-LAROCHE, INC.**
   c/o   Any Registered Agent
   340 Kingsland St.
   Nutley, NJ  07110

2. **ROCHE LABORATORIES, INC.**
   c/o   Any Registered Agent
   340 Kingsland St.
   Nutley, NJ  07110

#10-194 EMR/RJR

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| SARA HOKIN, | ) |
| | ) |
| Plaintiff, | ) |
| -vs- | ) No. |
| | ) |
| HOFFMAN-LAROCHE, INC. and | ) |
| ROCHE LABORATORIES, INC. | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT AT LAW

Now comes the Plaintiff, SARA HOKIN, by and through her attorneys, RUBIN, MACHADO & ROSENBLUM, LTD., and complaining of the Defendant, HOFFMAN-LAROCHE, INC. and ROCHE LABORATORIES, INC. (hereinafter collectively referred to as "LA ROCHE") and states as follows:

### COUNT I – PRODUCT LIABILITY

1. In and before 2003, Defendant, LA ROCHE was engaged in the business of designing, testing, formulating, manufacturing, marketing and selling a certain medication known as Isotretinoin, marketed under the brand name Accutane.

2. That in or about 2003 the plaintiff, SARA HOKIN, was prescribed Accutane, to treat severe acne.

3. That in or about 2004 taking Accutane the plaintiff, SARA HOKIN began having abdominal pain and stomach issues.

4. That prior and subsequent to 2003 the defendant did advise the medical community and the public in general, including the plaintiff herein, that Accutane was a safe and effective drug for treatment of acne.

5. On or about February 15, 2008, the Plaintiff, SARA HOKIN, was diagnosed with inflammatory bowel disease.

6. The Defendants, LA ROCHE, issued a nationwide recall of Accutane on June 29, 2009.

7. That, at all times relevant hereto, the defendants had a duty to design, distribute and manufacture said medication such that it was reasonably safe for its intended uses.

8. At the time the aforesaid medication left the possession of Defendant, LA ROCHE, it was in a condition that was not reasonably safe for its intended and foreseeable uses at the time it left the control of Defendant, LA ROCHE, in one or more of the following respects:

   (a) Was designed and manufactured such that it posed an unacceptable risk of inflammatory bowel disease, ulcerative colitis, Crohn's disease, depression, suicide, and birth defects.;

   (b) Did not contain adequate warnings to the medical community and the public of the dangerous propensities of said medication including inflammatory bowel disease, ulcerative colitis, Crohn's disease, depression, suicide, and birth defects;

   (c) Was not adequately tested for use in patients to properly evaluate the risks to said patients including inflammatory bowel disease, ulcerative colitis, Crohn's disease, depression, suicide, and birth defects.

9. As a direct and proximate result of one or more of the aforesaid conditions of the medication, Plaintiff, SARA HOKIN, sustained severe and permanent injuries, both externally and internally, and was and will be hindered and prevented from attending to her usual duties and affairs, and has lost and will in the future lose the value of that time as aforementioned. Plaintiff

also suffered great pain and anguish; both in mind and body, and will in the future continue to suffer. Plaintiff further expended and became liable for, and will expend and become liable for, large sums of money for medical care and services endeavoring to become healed and cured of said injuries.

10. That the Plaintiff, SARA HOKIN, first discovered that her condition of irritable bowel syndrome might be caused by Accutane following the recall of Accutance in June, 2009.

WHEREFORE, Plaintiff, SARA HOKIN, demands judgment against the Defendant, LA ROCHE., in a sum in excess of FIFTY THOUSAND AND 00/100 DOLLARS ($50,000.00) and costs of suit.

## COUNT II- NEGLIGENCE

1. through 6. Plaintiff, SARA HOKIN, adopts and realleges Paragraphs One through Six inclusive of Count I as and for Paragraphs One through Six inclusive of Count II, as though fully set forth herein and incorporates the same by reference.

7. At the time Defendant, LA ROCHE, sold said product and placed it in the stream of commerce, said Defendant knew or, in the exercise of ordinary care, should have known that said product was likely and liable to cause injury.

8. At the aforesaid time and place, Defendant, LA ROCHE, by and through its agents and servants, was negligent in one or more of the following respects:

   (a) Carelessly and negligently designed and manufactured such that it posed unacceptable risks to elderly patients, such as the plaintiff herein, including inflammatory bowel disease, ulcerative colitis, Crohn's disease, depression, suicide, and birth defects;

   (b) Carelessly and negligently failed to adequately warn the medical community and the public of the dangerous propensities of said medication including inflammatory bowel disease, ulcerative colitis, Crohn's disease, depression, suicide, and birth defects;

   (c) Carelessly and negligently failed to adequately test said medication for use in patients to evaluate the risks to said patients including including

inflammatory bowel disease, ulcerative colitis, Crohn's disease, depression, suicide, and birth defects.

9. As a direct and proximate result of one or more of the aforesaid conditions of the lift truck, Plaintiff, SARA HOKIN, sustained severe and permanent injuries, both externally and internally, and was and will be hindered and prevented from attending to her usual duties and affairs, and has lost and will in the future lose the value of that time as aforementioned. Plaintiff also suffered great pain and anguish; both in mind and body, and will in the future continue to suffer. Plaintiff further expended and became liable for, and will expend and become liable for, large sums of money for medical care and services endeavoring to become healed and cured of said injuries.

10. That the Plaintiff, SARA HOKIN, first discovered that her condition of irritable bowel syndrome might be caused by Accutane following the recall of Accutance in June, 2009.

WHEREFORE, Plaintiff, SARA HOKIN, demands judgment against the Defendant, LA ROCHE, in a sum in excess of FIFTY THOUSAND AND 00/100 DOLLARS ($50,000.00) and costs of suit.

Respectfully submitted,

By: Edward M. Rubin
RUBIN MACHADO & ROSENBLUM, LTD.
Attorney for Plaintiff
SARA HOKIN
120 W. Madison St., Suite 400
Chicago, Illinois 60602
(312) 327-1840
Firm No. 37704

#10-194 EMR/RJR

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| SARA HOKIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| -vs- | ) | No. |
| | ) | |
| HOFFMAN-LAROCHE, INC. and | ) | |
| ROCHE LABORATORIES, INC. | ) | |
| | ) | |
| Defendants. | ) | |

### AFFIDAVIT PURSUANT TO SUPREME COURT RULE 222(B)

Pursuant to Supreme Court Rule 222(B), counsel for the above named plaintiff certifies that plaintiff seeks money damages in excess of FIFTY THOUSAND AND 00/100 DOLLARS ($50,000.00).

Respectfully submitted,

*[signature: Edward M. Rubin]*

By: Edward M. Rubin
RUBIN, MACHADO & ROSENBLUM, LTD.
Attorneys for Plaintiff
SARA HOKIN
120 W. Madison St., Suite 400
Chicago, Illinois   60602
(312) 327-1840
Firm ID#37704

| 2120 - Served | 2121 – Served | | #09-125 EMR/RJR/cmb |
| 2220 - Not Served | 2221 - Not Served | | |
| 2320 - Served By Mail | 2321 - Served by Mail | | |
| 2420 - Served by Publication | 2421 - Served by Publication | | |
| SUMMONS | ALIAS - SUMMONS | (Rev.12/22/92) CCG-1 | |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

(Name all parties)
SARA HOKIN,
          )
          )
          ) No.
          Plaintiff,  )
vs.       )
          )
HOFFMAN-LAROCHE, INC. and )
ROCHE LABORATORIES, INC., )
          )
          Defendants. )

## SUMMONS

To each defendant:

    YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file appearance, in the office of the Clerk of this Court (located in the Richard J. Daley Center, Room*   801  , Chicago, Illinois 60602) within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the officer:

    This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

WITNESS, _____, 20___

Clerk of Court

(Edward M. Rubin)
Name RUBIN, MACHADO & ROSENBLUM, LTD.  Date of service: _____, 20___
Attorney for Plaintiff                  (To be inserted by officer on copy left with
Address 120 W. Madison St., Suite 400                         defendant or other person)
City Chicago, IL 60602
Telephone (312) 327-1840
Atty. No. 37704
**Service by Facsimile Transmission will be accepted at (312) 327-1841    (Area Code) (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

*Law Division Room 801
Chancery-Divorce Room 802
County Division Room 801
Probate Division Room 1202

SARA HOKIN            vs.            HOFFMAN-LAROCHE, INC. and
                                     ROCHE LABORATORIES, INC.

## SERVICE LIST FOR SUMMONS

1. **HOFFMAN-LAROCHE, INC.**
   c/o   Any Registered Agent
   340 Kingsland St.
   Nutley, NJ  07110


2. **ROCHE LABORATORIES, INC.**
   c/o   Any Registered Agent
   340 Kingsland St.
   Nutley, NJ  07110

#10-194 EMR/RJR

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| SARA HOKIN, | ) |
| | ) |
| Plaintiff, | ) |
| -vs- | ) No. |
| | ) |
| HOFFMAN-LAROCHE, INC. and | ) |
| ROCHE LABORATORIES, INC. | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT AT LAW

Now comes the Plaintiff, SARA HOKIN, by and through her attorneys, RUBIN, MACHADO & ROSENBLUM, LTD., and complaining of the Defendant, HOFFMAN-LAROCHE, INC. and ROCHE LABORATORIES, INC. (hereinafter collectively referred to as "LA ROCHE") and states as follows:

## COUNT I – PRODUCT LIABILITY

1. In and before 2003, Defendant, LA ROCHE was engaged in the business of designing, testing, formulating, manufacturing, marketing and selling a certain medication known as Isotretinoin, marketed under the brand name Accutane.

2. That in or about 2003 the plaintiff, SARA HOKIN, was prescribed Accutane, to treat severe acne.

3. That in or about 2004 taking Accutane the plaintiff, SARA HOKIN began having abdominal pain and stomach issues.

4. That prior and subsequent to 2003 the defendant did advise the medical community and the public in general, including the plaintiff herein, that Accutane was a safe and effective drug for treatment of acne.

5. On or about February 15, 2008, the Plaintiff, SARA HOKIN, was diagnosed with inflammatory bowel disease.

6. The Defendants, LA ROCHE, issued a nationwide recall of Accutane on June 29, 2009.

7. That, at all times relevant hereto, the defendants had a duty to design, distribute and manufacture said medication such that it was reasonably safe for its intended uses.

8. At the time the aforesaid medication left the possession of Defendant, LA ROCHE, it was in a condition that was not reasonably safe for its intended and foreseeable uses at the time it left the control of Defendant, LA ROCHE, in one or more of the following respects:

  (a) Was designed and manufactured such that it posed an unacceptable risk of inflammatory bowel disease, ulcerative colitis, Crohn's disease, depression, suicide, and birth defects.;

  (b) Did not contain adequate warnings to the medical community and the public of the dangerous propensities of said medication including inflammatory bowel disease, ulcerative colitis, Crohn's disease, depression, suicide, and birth defects;

  (c) Was not adequately tested for use in patients to properly evaluate the risks to said patients including inflammatory bowel disease, ulcerative colitis, Crohn's disease, depression, suicide, and birth defects.

9. As a direct and proximate result of one or more of the aforesaid conditions of the medication, Plaintiff, SARA HOKIN, sustained severe and permanent injuries, both externally and internally, and was and will be hindered and prevented from attending to her usual duties and affairs, and has lost and will in the future lose the value of that time as aforementioned. Plaintiff

also suffered great pain and anguish; both in mind and body, and will in the future continue to suffer. Plaintiff further expended and became liable for, and will expend and become liable for, large sums of money for medical care and services endeavoring to become healed and cured of said injuries.

10. That the Plaintiff, SARA HOKIN, first discovered that her condition of irritable bowel syndrome might be caused by Accutane following the recall of Accutance in June, 2009.

WHEREFORE, Plaintiff, SARA HOKIN, demands judgment against the Defendant, LA ROCHE., in a sum in excess of FIFTY THOUSAND AND 00/100 DOLLARS ($50,000.00) and costs of suit.

## COUNT II– NEGLIGENCE

1. through 6. Plaintiff, SARA HOKIN, adopts and realleges Paragraphs One through Six inclusive of Count I as and for Paragraphs One through Six inclusive of Count II, as though fully set forth herein and incorporates the same by reference.

7. At the time Defendant, LA ROCHE, sold said product and placed it in the stream of commerce, said Defendant knew or, in the exercise of ordinary care, should have known that said product was likely and liable to cause injury.

8. At the aforesaid time and place, Defendant, LA ROCHE, by and through its agents and servants, was negligent in one or more of the following respects:

    (a) Carelessly and negligently designed and manufactured such that it posed unacceptable risks to elderly patients, such as the plaintiff herein, including inflammatory bowel disease, ulcerative colitis, Crohn's disease, depression, suicide, and birth defects;

    (b) Carelessly and negligently failed to adequately warn the medical community and the public of the dangerous propensities of said medication including inflammatory bowel disease, ulcerative colitis, Crohn's disease, depression, suicide, and birth defects;

    (c) Carelessly and negligently failed to adequately test said medication for use in patients to evaluate the risks to said patients including including

inflammatory bowel disease, ulcerative colitis, Crohn's disease, depression, suicide, and birth defects.

9.   As a direct and proximate result of one or more of the aforesaid conditions of the lift truck, Plaintiff, SARA HOKIN, sustained severe and permanent injuries, both externally and internally, and was and will be hindered and prevented from attending to her usual duties and affairs, and has lost and will in the future lose the value of that time as aforementioned. Plaintiff also suffered great pain and anguish; both in mind and body, and will in the future continue to suffer. Plaintiff further expended and became liable for, and will expend and become liable for, large sums of money for medical care and services endeavoring to become healed and cured of said injuries.

10.   That the Plaintiff, SARA HOKIN, first discovered that her condition of irritable bowel syndrome might be caused by Accutane following the recall of Accutance in June, 2009.

WHEREFORE, Plaintiff, SARA HOKIN, demands judgment against the Defendant, LA ROCHE, in a sum in excess of FIFTY THOUSAND AND 00/100 DOLLARS ($50,000.00) and costs of suit.

Respectfully submitted,

By:   Edward M. Rubin
RUBIN MACHADO & ROSENBLUM, LTD.
Attorney for Plaintiff
SARA HOKIN
120 W. Madison St., Suite 400
Chicago, Illinois   60602
(312) 327-1840
Firm No. 37704

#10-194 EMR/RJR

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| SARA HOKIN, | ) |
| | ) |
| Plaintiff, | ) |
| -vs- | ) No. |
| | ) |
| HOFFMAN-LAROCHE, INC. and | ) |
| ROCHE LABORATORIES, INC. | ) |
| | ) |
| Defendants. | ) |

### AFFIDAVIT PURSUANT TO SUPREME COURT RULE 222(B)

Pursuant to Supreme Court Rule 222(B), counsel for the above named plaintiff certifies that plaintiff seeks money damages in excess of FIFTY THOUSAND AND 00/100 DOLLARS ($50,000.00).

Respectfully submitted,

*/s/ Edward M. Rubin*

By: Edward M. Rubin
RUBIN, MACHADO & ROSENBLUM, LTD.
Attorneys for Plaintiff
SARA HOKIN
120 W. Madison St., Suite 400
Chicago, Illinois 60602
(312) 327-1840
Firm ID#37704

| SARA HOKIN | vs. | HOFFMAN-LAROCHE, INC. and ROCHE LABORATORIES, INC. |
|---|---|---|

## SERVICE LIST FOR SUMMONS

1.  **HOFFMAN-LAROCHE, INC.**
    c/o  Any Registered Agent
    340 Kingsland St.
    Nutley, NJ  07110

2.  **ROCHE LABORATORIES, INC.**
    c/o  Any Registered Agent
    340 Kingsland St.
    Nutley, NJ  07110

Accepting service only on behalf of Hoffmann-La Roche Inc. and Roche Laboratories Inc.

*NJinella*
1/14/11